NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACHIEVE3000, INC.,**
*Appellant*

**v.**

**BEABLE EDUCATION, INC.,**
*Appellee*

---

2023-1605

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01169.

---

**JUDGMENT**

---

ROBERT M. ISACKSON, Leason Ellis, LLP, White Plains, NY, argued for appellant. Also represented by HENRY GABATHULER.

RICHARD M. BEMBEN, Sterne Kessler Goldstein & Fox PLLC, Washington, DC, argued for appellee. Also represented by BYRON LEROY PICKARD, ROBERT EVAN SOKOHL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CUNNINGHAM, *Circuit Judge,* and MAZZANT, *District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 10, 2024
Date

Jarrett B. Perlow
Clerk of Court

---

[1]  Honorable Amos L. Mazzant, III, District Judge, United States District Court for the Eastern District of Texas, sitting by designation.